# In the United States Court of Federal Claims
No. 14-1180C
(Filed: February 10, 2015)

* * * * * * * * * * * * * * * * * * * * *

ADAMS AND ASSOCIATES, INC.,

      *Plaintiff*,

v.

THE UNITED STATES,

      *Defendant*.

* * * * * * * * * * * * * * * * * * * * *

## ORDER

This is one of two bid protests filed by Adams and Associates, Inc., simultaneously pending before the court. The facts of the two cases are virtually identical except this case is a protest of the procurement for the Gadsden Job Corps Center while the other pertains to the procurement for the Shiver Job Corps Center. Case number 14-1168 ("*Shriver*"). In both cases, Adams argues that the Department of Labor improperly set aside the procurement for small businesses, making Adams, a large business, ineligible to compete. We issued an opinion in *Shriver* dismissing the complaint for lack of standing. *Adams and Associates, Inc. v. United States*, 14-1168C, slip op. (Fed. Cl. Feb. 6, 2015). The opinion in *Shriver* constitutes a complete analysis of the legal and factual arguments relevant to both protests. The analysis here would be identical, so we incorporate our opinion in *Shriver* as if set out fully herein. We therefore grant defendant's motion to strike and grant its alternative motion to dismiss for lack of jurisdiction. Plaintiff's motion for judgment on the administrative record is denied. The clerk is directed to enter judgment accordingly. No costs.

                                            s/ Eric G. Bruggink
                                            ERIC G. BRUGGINK
                                            Judge